**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6931**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

SEAN ANTHONY ROBINSON, a/k/a Black,

                    Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:06-cr-00204-HEH-1)

Submitted:  October 19, 2010          Decided:  October 28, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Sean Anthony Robinson, Appellant Pro Se.  Gurney Wingate Grant, II, Roderick Charles Young, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Anthony Robinson seeks to appeal the district court's order granting his motion to hold his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence in abeyance pending a Supreme Court decision. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because the district court has not yet issued a dispositive order on Robinson's § 3582(c)(2) motion, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED